IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEELE, DAVID KAYNE
As Personal Representative On Behalf of the
Estate of Ashley Steele, Deceased, and On
Behalf of Himself and All Heirs At Law                                              PLAINTIFF

v.                                  Case No. 3:21-cv-00064 KGB

SHARKEY TRANSPORTATION, INC., *et al.*                                              DEFENDANTS

## ORDER

Before the Court is the parties' joint motion for amended scheduling order (Dkt. No. 18). The parties state that, during the Rule 26(f) conference, they agreed to a continuance of the April 11, 2022, trial setting set forth in the Court's initial scheduling order to allow for additional time for discovery (*Id.*, ¶ 3). The parties request that the Court set the case for a jury trial in the late summer or fall of 2022 (*Id.*). For good cause shown, the Court grants the joint motion for amended scheduling order (*Id.*). The Court removes this case from the week of April 11, 2022, trial calendar. The Court will set a new trial date and enter a new scheduling order by separate Order.

So ordered this 3rd day of August, 2021.

_____
Kristine G. Baker
United States District Judge