IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEELE, DAVID KAYNE**
As Personal Representative On Behalf of the
Estate of Ashley Steele, Deceased, and On
Behalf of Himself and All Heirs At Law                                   PLAINTIFF

v.                              Case No. 3:21-cv-00064 KGB

**SHARKEY TRANSPORTATION, INC.,** *et al.*                              DEFENDANTS

**ORDER**

Before the Court is the parties' joint motion to extend dates in final scheduling order (Dkt. No. 21). The Court entered a final scheduling order on August 11, 2021, setting forth pre-trial deadlines (Dkt. No. 20). In their joint motion, the parties state that they are involved in discovery and are working on setting deposition dates for several fact witnesses in Illinois and Arkansas (Dkt. No. 21, ¶ 1). The parties state that, due to the number of depositions, their location out of state, and COVID-19, they would like to extend the deadlines in the Court's final scheduling order to allow for additional time for amended pleadings and exchange of expert reports (*Id.*). For good cause shown, the Court extends the following deadlines in its final scheduling order:

1. The deadline to amend pleadings is extended from January 31, 2022, to March 1, 2022.

2. The deadline to disclose case-in-chief expert disclosures, including reports, is extended from February 25, 2022, to March 15, 2022.

3. The deadline for rebuttal expert disclosures, including reports, is extended from March 28, 2022, to April 12, 2022.

So ordered this 27th day of January, 2022.

                                                                         _____
                                                                         Kristine G. Baker
                                                                         United States District Judge