IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEELE, DAVID KAYNE
As Personal Representative On Behalf of the
Estate of Ashley Steele, Deceased, and On
Behalf of Himself and All Heirs At Law                                                    PLAINTIFF

v.                                       Case No. 3:21-cv-00064 KGB

SHARKEY TRANSPORTATION, INC., *et al.*                                              DEFENDANTS

## ORDER

Before the Court is the parties' joint motion to extend expert disclosure and report dates and discovery deadline (Dkt. No. 24). The parties state that they have taken several depositions, but additional discovery remains to be exchanged and additional depositions need to be taken. The parties assert that a short extension of the dates for expert reports and an extension of the discovery deadline will assist them in completing discovery (*Id.*, ¶ 1). For good cause shown, the Court grants the joint motion to extend expert disclosure and report dates and the discovery deadline (*Id.*). The parties shall disclose case-in-chief experts, with reports, on or before March 18, 2022. The parties shall disclose rebuttal experts, with reports, on or before April 15, 2022. The parties shall complete discovery on or before May 25, 2022.

So ordered this 10th day of March, 2022.

_____
Kristine G. Baker
United States District Judge