**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DAVID KAYNE STEELE**                                                                     **PLAINTIFF**

**v.**                                              **Case No. 3:21-cv-00064 KGB**

**SHARKEY TRANSPORTATION, INC.,** *et al.*                                    **DEFENDANTS**

**ORDER OF REASSIGNMENT**

The above styled case was assigned to the docket of United States District Judge

Kristine G. Baker on April 2, 2021.  Because the law firm of Mitchell, Williams, Selig, Gates &

Woodyard, P.L.L.C. appears on the Court's recusal list and has entered an appearance as counsel

for defendants Sharkey Transportation, Inc., Shippers Rental Company and Sharkey Transport

Services, Inc., the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 3rd day of May 2022.

> **AT THE DIRECTION OF THE COURT
> TAMMY H. DOWNS, CLERK**
>
>
> BY: Tracy M. Washington
>       Courtroom Deputy to United States
>       District Judge Kristine G. Baker