# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DAVID KAYNE STEELE, As Personal
Representative on Behalf of the Estate of
Ashley Steele, Deceased, and on Behalf of
Himself and all Heirs at Law                                    PLAINTIFF

v.                      3:21-cv-64-DPM

SHARKEY TRANSPORTATION, INC.;
SISBRO, INC.; SHIPPERS RENTAL
COMPANY; SHARKEY TRANSPORT
SERVICES, INC.; John Doe Trucking Entities
1-5; John Doe Insurance Companies; and
John Does 1-5                                                   DEFENDANTS

AND

TONY FLOYD LEWIS, as Special Administrator
Of the Estate of Leslie Lewis, Deceased, and on
Behalf of Himself and all Heirs at Law                          PLAINTIFF

v.                      3:21-cv-66-DPM

SHARKEY TRANSPORTATION, INC.;
SISBRO, INC.; SHIPPERS RENTAL
COMPANY; SHARKEY TRANSPORT
SERVICES, INC.; John Doe Trucking Entities
1-5; John Doe Insurance Companies; and
John Does 1-5                                                   DEFENDANTS

## ORDER

Sisbro's motion to seal, *Doc. 63*, is granted for good cause. Sisbro may file its reply under seal. Please send a courtesy copy to Jonesboro chambers.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 June 2022