# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DAVID KAYNE STEELE, As Personal
Representative on Behalf of the Estate of
Ashley Steele, Deceased, and on Behalf of
Himself and all Heirs at Law                                    PLAINTIFF

v.                          3:21-cv-64-DPM

SHARKEY TRANSPORTATION, INC.;
SISBRO, INC.; SHIPPERS RENTAL
COMPANY; SHARKEY TRANSPORT
SERVICES, INC.; John Doe Trucking Entities
1-5; John Doe Insurance Companies; and
John Does 1-5                                                   DEFENDANTS

AND

TONY FLOYD LEWIS, as Special Administrator
Of the Estate of Leslie Lewis, Deceased, and on
Behalf of Himself and all Heirs at Law                          PLAINTIFF

v.                          3:21-cv-66-DPM

SHARKEY TRANSPORTATION, INC.;
SISBRO, INC.; SHIPPERS RENTAL
COMPANY; SHARKEY TRANSPORT
SERVICES, INC.; John Doe Trucking Entities
1-5; John Doe Insurance Companies; and
John Does 1-5                                                   DEFENDANTS

## ORDER

The Court regrets its delay in addressing the parties' many discovery disputes. And the Court appreciates the parties' recent reports, *Doc. 72, 73 & 74*. The parties have made progress, but disputes remain. This case needs on-going judicial oversight, especially on the discovery issues. The Court therefore takes these steps:

- The pending motions, *Doc. 28, 30, 56, 68 & 73* are denied without prejudice except as specified. All these papers will provide background information to resolve the remaining disputes.

- The Amended Final Scheduling Order, *Doc. 59*, is suspended. All unexpired deadlines will be reset in due course.

- The Court refers this case to Magistrate Judge Harris. She will address the one-sided joint report and response, *Doc. 73 & 74*, all current and future discovery disputes, decide on and enter any Protective Order, and make a recommendation on all dispositive and *Daubert* motions. She will handle this case in general until the pretrial hearing.

- No party should file any other motion or paper on the discovery disputes unless and until directed to do so by Judge Harris.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2022