# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS NORTHERN DIVISION

DAVID KAYNE STEELE, AS PERSONAL REPRESENTATIVE
ON BEHALF OF THE ESTATE OF ASHLEY STEELE, DECEASED,
AND ON BEHALF OF HIMSELF AND ALL HEIRS AT LAW

TONY FLOYD LEWIS, AS SPECIAL ADMINISTRATOR
OF THE ESTATE OF LESLIE LEWIS, DECEASED,
ON BEHALF OF HIMSELF AND ALL HEIRS AT LAW              PLAINTIFFS

V.                              Case No. 3:21-CV-00064 DPM

SHARKEY TRANSPORTATION, INC.,
SISBRO, INC.,
SHIPPERS RENTAL COMPANY,
SHARKEY TRANSPORT SERVICES, INC.,
JOHN DOE TRUCKING ENTITIES 1-5,
JOHN DOE INSURANCE COMPANIES 1-5, and
JOHN DOES 1-5                                          DEFENDANTS

## STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION

The parties have stipulated and agreed pursuant to the Court's authority under Rule 26(c) of the Federal Rules of Civil Procedure, and 49 C.F.R. Part 40.323(a)(2) as follows:

1. This Order shall govern the handling, disclosure and disposition of all documents and information regarding the results of Jerry Espy's drug and alcohol results from the collision dated November 20, 2020.

2. The Court finds the results of Jerry Espy's drug and alcohol results from the collision dated November 2020, should be produced to the parties in this litigation.

3. All documents produced under this Protective Order and any copies, including electronic copies must be returned to the Defendant's counsel within thirty days of judgment, or by order of the Court.

SO ORDERED this 9th day of November, 2022.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE

**STIPULATED AND AGREED TO:**

**Duncan Firm, P.A.**
**809 West Third Street**
**Little Rock, Arkansas 72201**

**Munson, Rowlett, Moore & Boone, P.A**
**One Allied Drive, Building 1, Suite 1600**
**Little Rock, Arkansas 72202**