IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID KAYNE STEELE, AS PERSONAL REPRESENTATIVE
ON BEHALF OF THE ESTATE OF ASHLEY STEELE, DECEASED,
AND ON BEHALF OF HIMSELF AND ALL HEIRS AT LAW

TONY FLOYD LEWIS, AS SPECIAL ADMINISTRATOR
OF THE ESTATE OF LESLIE LEWIS, DECEASED,
ON BEHALF OF HIMSELF AND ALL HEIRS AT LAW         PLAINTIFFS


V.                           Case No. 3:21-CV-00064 DPM


SHARKEY TRANSPORTATION, INC.,
SISBRO, INC.,
SHIPPERS RENTAL COMPANY,
SHARKEY TRANSPORT SERVICES, INC.,
JOHN DOE TRUCKING ENTITIES 1-5,
JOHN DOE INSURANCE COMPANIES 1-5, and
JOHN DOES 1-5                                     DEFENDANTS


## PROTECTIVE ORDER

The Court, upon good cause shown and in accordance with Fed. R. Civ. P. 26(c)(1), orders as follows:

Defendants have requested in discovery the confidential medical records of Ashley Steele, deceased. The parties have agreed that Ms. Steele's medical records should be produced to defense counsel subject to a protective order that

1

limits the identity of individuals entitled to review such records and describes how such records should be maintained and protected. The Court agrees that good cause exists for the medical records to be produced under seal and subject to this Order.

Plaintiff's counsel are ordered to produce Ms. Steele's medical records to defendants' counsel by or before close of business on November 14, 2022. Such records shall be marked as under seal and subject to protective order. Defendants' counsel may not copy, distribute, or otherwise use the medical records in any manner other than as allowed in this Order.

Defendants' counsel may produce copies of Ms. Steele's medical records to expert witnesses for review, along with a copy of this Order. Defense experts are required to abide by this Order. If defense experts rely on such records in forming their opinions, plaintiff's counsel may request that portions of their reports or testimony be filed under seal or redacted before filing.

Defendants' counsel may communicate with their clients and with relevant insurance companies and persons working on their behalf about the contents of the medical records. To the extent copies of such records are provided for review to these individuals, they are required to abide by this Order. These individuals may not provide copies or divulge the contents of such records to third parties other than as set forth in this Order.

The medical records produced pursuant to this Order must be returned to plaintiffs' counsel within 30 days of the case's completion by final order or by order of this Court.

SO ORDERED this 9th day of November, 2022.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE

**STIPULATED AND AGREED TO:**

**Duncan Firm, P.A.**
**809 West Third Street**
**Little Rock, Arkansas 72201**

**Munson, Rowlett, Moore & Boone, P.A**
**One Allied Drive, Building 1, Suite 1600**
**Little Rock, Arkansas 72202**