IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID KAYNE STEELE, AS PERSONAL REPRESENTATIVE
ON BEHALF OF THE ESTATE OF ASHLEY STEELE, DECEASED,
AND ON BEHALF OF HIMSELF AND ALL HEIRS AT LAW

TONY FLOYD LEWIS, AS SPECIAL ADMINISTRATOR
OF THE ESTATE OF LESLIE LEWIS, DECEASED,
ON BEHALF OF HIMSELF AND ALL HEIRS AT LAW        PLAINTIFFS


V.                            Case No. 3:21-CV-00064 DPM


SHARKEY TRANSPORTATION, INC.,
SISBRO, INC.,
SHIPPERS RENTAL COMPANY,
SHARKEY TRANSPORT SERVICES, INC.,
JOHN DOE TRUCKING ENTITIES 1-5,
JOHN DOE INSURANCE COMPANIES 1-5, and
JOHN DOES 1-5                                 DEFENDANTS


## ORDER ON MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND EXTEND EXPERT DEADLINES

Before the Court is plaintiffs' Motion for Extension of Time to Complete Discovery and Extend Expert Deadlines (Doc. No. 75). Based on the motion and the arguments and statements of counsel at a status conference held on November 9, 2022, the Court schedules the following deadlines:

1

| | |
|---|---|
| **January 31, 2023 -** | Plaintiff shall identify all expert witnesses and produce their opinions |
| **March 31, 2023 -** | Defendants shall identify all expert witnesses and produce their opinions |
| **April 17, 2023 -** | Plaintiffs shall identify any rebuttal expert witnesses and produce their opinions |
| **May 19, 2023-** | Discovery cutoff |
| **June 19, 2023-** | Dispositive and *Daubert* motions due |

SO ORDERED this 15$^h$ day of November, 2022.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE