# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DAVID KAYNE STEELE, As Personal
Representative On Behalf of the Estate of
Ashley Steele, Deceased, and On Behalf of
Himself and All Heirs at Law and RUSSELL
LEMONS, Co-Personal Representative on
Behalf of himself and all heirs at law                    PLAINTIFFS

v.                    No. 3:21-cv-64-DPM-PSH

SHARKEY TRANSPORTATION, INC.;
SISBRO, INC.; SHIPPERS RENTAL COMPANY;
SHARKEY TRANSPORT SERVICES, INC.;
John Doe Trucking Entities 1-5; John Doe
Insurance Companies; and John Does 1-5              DEFENDANTS

AND

TONY FLOYD LEWIS, as Special Administrator
Of the Estate of Leslie Lewis, Deceased, and on
Behalf of Himself and all Heirs at Law                    PLAINTIFF

v.                    No. 3:21-cv-66-DPM-PSH

SHARKEY TRANSPORTATION, INC.;
SISBRO, INC.; SHIPPERS RENTAL
COMPANY; SHARKEY TRANSPORT
SERVICES, INC.; John Doe Trucking Entities
1-5; John Doe Insurance Companies; and
John Does 1-5                                            DEFENDANTS

## ORDER

On the record presented, Magistrate Judge Harris didn't clearly err or misapply the law in granting Sisbro's motion to compel. Fed. R. Civ. P. 72(a). The specified beneficiaries have put their medical history in issue with their deposition testimony. As Judge Harris said, admissibility questions are for a later day. Her careful Order, *Doc. 119*, is affirmed with one modification: these sensitive materials should be safe-guarded with a Protective Order. Judge Harris should craft one with input from the parties. Joint proposal, or separate proposals, due to her by 7 July 2023. The Court declines to award Sisbro attorney's fees or costs for this appeal. Appeal, *Doc. 124*, addressed.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 June 2023