# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DAVID KAYNE STEELE, As Personal
Representative On Behalf of the Estate of
Ashley Steele, Deceased, and On Behalf of
Himself and All Heirs at Law and RUSSELL
LEMONS, Co-Personal Representative on
Behalf of himself and all heirs at law                                PLAINTIFFS

v.                             No. 3:21-cv-64-DPM-PSH

SHARKEY TRANSPORTATION, INC.;
SISBRO, INC.; SHIPPERS RENTAL COMPANY;
SHARKEY TRANSPORT SERVICES, INC.;
John Doe Trucking Entities 1-5; John Doe
Insurance Companies; and John Does 1-5                         DEFENDANTS

## ORDER

Steele's and Lemons's motion, *Doc. 141*, is denied. They waited too late to bring these issues to the Court. The parties' dispute over Don Heaton's deposition was ripe for nearly a year; but Steele and Lemons waited until after the discovery deadline before raising it with the Court. Steele and Lemons likewise have known about Brent Stacy's involvement in the second visibility study since early July 2023. While the errata sheet from Jerry Espy's deposition did come in mid-August, after the deadline for fact discovery, his correction narrowed rather than expanded Stacy's role. The sum of all this, as to both witnesses, is the lack of good cause and diligence required by precedent. *Sherman v. Winco Fireworks, Inc.*, 532 F.3d 709, 716-17

(8th Cir. 2008). Apart from the exceptions noted in the Court's 22 August 2023 Order, the period for taking fact depositions remains closed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2023