# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAVID KAYNE STEELE, as personal
representative on behalf of the estate of Ashley
Steele, deceased, and on behalf of himself and all
heirs at law**

**TONY FLOYD LEWIS, as special administrator
of the estate of Leslie Lewis, deceased,
on behalf of himself and all heirs at law**                     **PLAINTIFFS**

VS.                        No. 3:21-cv-00064 DPM

**SHARKEY TRANSPORTATION, INC.,
SISBRO, INC.,
SHIPPERS RENTAL COMPANY,
SHARKEY TRANSPORT SERVICES, INC.,
JOHN DOE TRUCKING ENTITIES1-5,
JOHN DOE INSURANCE COMPANIES 1-5, and
JOHN DOES 1-5**                                                 **DEFENDANTS**

## ORDER

The motion to substitute counsel (Doc. No. 152) is granted. The Clerk is directed to substitute Barrett Deacon of Mayer LLP, 2434 E. Joyce Blvd., Ste. 6, Fayetteville, AR 72703, for Kara Mikles and Zachary Hill of Munson Rowlett Moore Boone as counsel for defendant Sisbro, Inc.

IT IS SO ORDERED this 27th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE