# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAVID KAYNE STEELE**, as personal representative on behalf of the estate of Ashley Steele, deceased, and on behalf of himself and all heirs at law, *et al.*                                       **PLAINTIFFS**

VS.           CASE NO. 3:21-CV-00064 DPM-PSH

**SHARKEY TRANSPORTATION, INC.,**
*et al.*                                                                    **DEFENDANTS**

## ORDER

Plaintiffs' unopposed motion for leave to file under seal a *Daubert* motion (docket entry no. 163) is granted.

IT IS SO ORDERED this 14th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE