IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID KAYNE STEELE, As Personal
Representative On Behalf of the Estate of
Ashley Steele, Deceased, and On Behalf of
Himself and All Heirs at Law and RUSSELL
LEMONS, Co-Personal Representative on
Behalf of himself and all heirs at law                                PLAINTIFFS

v.                            No. 3:21-cv-64-DPM-PSH

SHARKEY TRANSPORTATION, INC.;
SISBRO, INC.; SHIPPERS RENTAL COMPANY;
SHARKEY TRANSPORT SERVICES, INC.;
John Doe Trucking Entities 1-5; John Doe
Insurance Companies; and John Does 1-5                        DEFENDANTS

## ORDER

Given Judge Harris's greater familiarity with the issues in this case, and to promote judicial economy, the Court respectfully requests that the parties reconsider consenting to her deciding the big motions, presiding over any needed trial, and entering Judgment in due course. The consent forms are attached.  By 15 January 2024, please inform the Clerk of Court, not the undersigned, of your decision.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 December 2023

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| DAVID KAYNE STEELE and RUSSELL LEMONS ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:21-cv-64-DPM-PSH |
| SHARKEY TRANSPORTATION, INC., et al. ) | |
| *Defendant* ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

D.P. Marshall Jr.                    U.S. District Judge
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.