IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID KAYNE STEELE**, as personal
representative on behalf of the estate of Ashley
Steele, deceased, and on behalf of himself and all
heirs at law, *et al.*                                                    **PLAINTIFFS**

VS.                    No. 3:21-cv-00064 DPM/PSH

**SHARKEY TRANSPORTATION, INC.,
SISBRO, INC.,
SHIPPERS RENTAL COMPANY,
SHARKEY TRANSPORT SERVICES, INC.,
JOHN DOE TRUCKING ENTITIES1-5,
JOHN DOE INSURANCE COMPANIES 1-5, and
JOHN DOES 1-5**                                                          **DEFENDANTS**

## ORDER

Plaintiffs' unopposed motion for extension of time (Doc. No. 202) is granted, and responses are to be filed on or before January 12, 2024.

IT IS SO ORDERED this 3rd day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE