## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DAVID KAYNE STEELE, As Personal**
**Representative On Behalf of the Estate of**
**Ashley Steele, Deceased, and On Behalf of**
**Himself and All Heirs at Law and RUSSELL**
**LEMONS, Co-Personal Representative on**
**Behalf of the Estate of Ashley Steele, Deceased,**
**on behalf of himself and all heirs at law**                    **PLAINTIFFS**

**v.**                              **No. 3:21-cv-64-DPM**

**SHARKEY TRANSPORTATION, INC.;**
**SISBRO, INC.;  SHIPPERS RENTAL**
**COMPANY;  SHARKEY TRANSPORT**
**SERVICES, INC.;  JOHN DOE TRUCKING**
**ENTITIES 1-5;  JOHN DOE INSURANCE**
**COMPANIES 1-5; and JOHN DOES 1-5**          **DEFENDANTS**

### ORDER

1.     The Court withdraws the reference.

2.     The parties have informally advised the Court that they have settled.  Congratulations.

3.     The Court extends hearty thanks to Magistrate Judge Harris. She has kept the case on track.  And her thorough recommendations on the many pending motions focused the issues, which no doubt helped the parties in resolving their dispute.

4.     All pending motions are denied as moot.  The Court declines the pending recommendations as moot, too.  This case will be dismissed

with prejudice, but the Court will retain jurisdiction for a time to enforce the parties' settlement.  A final Judgment will issue.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

18 March 2024