IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID KAYNE STEELE, As Personal
Representative On Behalf of the Estate of
Ashley Steele, Deceased, and On Behalf of
Himself and All Heirs at Law and RUSSELL
LEMONS, Co-Personal Representative on
Behalf of the Estate of Ashley Steele, Deceased,
on behalf of himself and all heirs at law                     PLAINTIFFS

v.                        No. 3:21-cv-64-DPM

SHARKEY TRANSPORTATION, INC.;
SISBRO, INC.; SHIPPERS RENTAL
COMPANY; SHARKEY TRANSPORT
SERVICES, INC.; JOHN DOE TRUCKING
ENTITIES 1-5; JOHN DOE INSURANCE
COMPANIES 1-5; and JOHN DOES 1-5                             DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 17 May 2024 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 March 2024